ANDREW G. ZWERNEMANN v. JANICE KENNY.

July 11, 1989.

Petition for certification denied.

JANET BLANCHET v. CLAUDE BLANCHET.

July 11, 1989.

Petition for certification denied.

MELVIN FEILER, D.D.S. v. AMERICAN DENTAL CENTER, ET AL.
AND SAUL HERMAN, D.D.S., ET AL.

July 11, 1989.

Petition for certification denied.

MELVIN FEILER, D.D.S. v. AMERICAN DENTAL CENTER, ET AL.
AND MICHAEL J. ARMONE, D.D.S.

July 11, 1989.

Petition for certification denied.